U.S. District Court Southern District of Iowa

# HC2254 & 2255 Notice of Appeal Supplement

Case: _____ vs. _____

District Court Case #   ___:____-cv-_____

Criminal Number for HC2255   ___:____-cr-_____

Certificate of Appealability was:  Granted_____  Denied_____

Counsel:  CJA _____   Retained_____   Pro Se_____

Pending post Judgment motions:  Yes_____  No_____

Type of Motion(s): _____

High Public Interest Case:  Yes____  No_____

Simultaneous Opinion Release Requested:  Yes_____  No_____

Court Reporter:  Yes_____  No_____

Reporter's Name:_____

Address: _____

_____

Phone: _____

Transcript Ordered:  Yes____  No_____  and/or  On File:  Yes_____  No_____

Appealing: Order prior to final judgment _____  Final Judgment _____

Comments:_____
_____
_____