# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 06, 2011

Mr. Gilarime Michael Mueller
FEDERAL CORRECTIONAL INSTITUTION
08744-030
P.O. Box 6000
Florence, CO  81226-0000

RE:  11-3177  Gilarime Mueller v. United States

Dear Mr. Mueller,

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court. In accordance with Rule 24(a), Federal Rules of Appellate Procedure, the appeal has been docketed under the number indicated.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The notice of appeal has been treated as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure. It will be forwarded to a panel of judges for consideration. You will be advised of any action taken in the case.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Michael E. Gans
Clerk of Court

BNS

Enclosure(s)

cc:    Mr. Gary L. Hayward
       Ms. Marjorie Krahn
       Mr. Richard D. Westphal

District Court/Agency Case Number(s):   4:11-cv-00309-JAJ

**Caption For Case Number:   11-3177**

**Gilarime Michael Mueller**

       **Petitioner - Appellant**

**v.**

**United States of America**

       **Respondent - Appellee**

**Addresses For Case Participants:   11-3177**

Mr. Gilarime Michael Mueller
FEDERAL CORRECTIONAL INSTITUTION
08744-030
P.O. Box 6000
Florence, CO  81226-0000

Mr. Gary L. Hayward
U.S. ATTORNEY'S OFFICE
110 E. Court Avenue
286 U.S. Courthouse Annex
Des Moines, IA  50309-2053

Ms. Marjorie Krahn
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000


Mr. Richard D. Westphal
U.S. ATTORNEY'S OFFICE
131 E. Fourth Street
310 U.S. Courthouse
Davenport, IA  52801-0000